UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN CRAIG,<br><br>    Plaintiffs,<br><br>v.<br><br>EXTENDED STAY AMERICA, INC., et al.,<br><br>    Defendants. | Case No. 19-cv-05200-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 3, 2020 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:   December 20, 2019

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: July 30, 2020.

DESIGNATION OF EXPERTS: August 31, 2020; REBUTTAL: September 16, 2020;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: October 9, 2020.

DISPOSITIVE MOTIONS **SHALL** be filed by; October 16, 2020;
    Opp. Due: October 30, 2020; Reply Due: November 6, 2020;
    and set for hearing no later than November 20, 2020 at 10:00 AM.

PRETRIAL CONFERENCE DATE: February 2, 2021 at 3:30 PM.

JURY TRIAL DATE: February 16, 2021 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case shall be referred to the Court's mediation program. Counsel will attempt to obtain Jane Pandell as the court-appointed mediator. By 12/11/19, counsel shall inform the Court on whether or not they were able select Ms. Pandell. The mediation session shall be completed by 3/15/20.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 11/26/19

SUSAN ILLSTON
United States District Judge